```
      UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 04 B 42978
    RICK A GONZALEZ
                                                CHAPTER 13

                                                JUDGE: BRUCE W BLACK

         Debtor
    SSN XXX-XX-9792


------------------------------------------------------------------------------
                      TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

    1.  The case was filed on 11/18/04 and confirmed on 04/11/05.

    2.  The case was dismissed after confirmation, 11/14/2008.

    3.  The Debtor paid a total of $  28600.00 .

    4.  The Trustee made disbursements to creditors as follows:


------------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                              PAID          PAID
------------------------------------------------------------------------------
WELLS FARGO                CURRENT MORTG         .00           .00            .00
WELLS FARGO                MORTGAGE ARRE     3887.28           .00         3132.25
NPS                        SECURED          17290.00       2744.98        13311.12
CHRYSLER FINANCIAL SVC A   SECURED           5795.54       1320.81         5795.54
CHARTER ONE BANK NA        UNSECURED        NOT FILED         .00            .00
FIGIS INC                  UNSECURED        NOT FILED         .00            .00
ILLINOIS INSURANCE CENTE   UNSECURED        NOT FILED         .00            .00
LOCKPORT DENTAL            UNSECURED        NOT FILED         .00            .00
ECAST SETTLEMENT CORPORA   UNSECURED         5906.41          .00            .00
MENARDS                    UNSECURED        NOT FILED         .00            .00
PALOS COMMUNITY HOSPITAL   UNSECURED        NOT FILED         .00            .00
PALOS COMMUNITY HOSPITAL   UNSECURED        NOT FILED         .00            .00
PALOS EMERGENCY MEDICAL    UNSECURED        NOT FILED         .00            .00
SBC AMERITECH              UNSECURED        NOT FILED         .00            .00
NPS                        UNSECURED         7829.95          .00            .00
        Summary of disbursements:
------------------------------------------------------------------------------
                   SECURED      PRIORITY    UNSECURED        OTHER          TOTAL
------------------------------------------------------------------------------
TOTAL CLMS ALLOWED  26972.82        .00      13736.36          .00        40709.18
PRINCIPAL PAID      22238.91        .00          .00           .00        22238.91
INTEREST PAID        4065.79        .00          .00           .00         4065.79
TOTAL PAID          26304.70        .00          .00           .00        26304.70
The Debtor's attorney, SELECT LEGAL PC                   , was allowed $    2200.00
and was paid $   1100.00  direct and $   1100.00  through the plan.

The Trustee received $   1195.30 .

Refunds to the Debtor totaled $        .00 .

    Wherefore, the Trustee requests an order be entered discharging
```

the Trustee and the surety on his bond from any further liability in this case.

```
Dated: 02/09/09                    /S/
                                   GLENN STEARNS
                                   CHAPTER 13 TRUSTEE
```